UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
JOHNNY DOWNS,

                    Plaintiff,

      v.                              9:10-CV-00203

BRIAN FISCHER, et al.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

This matter was brought pursuant to 42 U.S.C. § 1983 and was referred to the Hon. David R. Homer, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. §636(b) and Local Rules 72.3(c).

No objections to the February 17, 2011 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report-Recommendation in its entirety for the reasons stated therein.

It is, therefore, ORDERED that Defendant Myer's motion for summary judgment is granted and all claims against her are DISMISSED.

IT IS SO ORDERED.

Dated: March 23, 2012

*Thomas J. McAvoy* (signature)
Thomas J. McAvoy
Senior, U.S. District Judge